UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: January 7, 2008

Case No. CR 07-0328 MHP       Judge: MARILYN H. PATEL

Title: UNITED STATES -v- ERNESTO RODRIQUEZ (b);

Attorneys:  Plf: Derek Owens
            Dft: Gayle Gutenkunst

Deputy Clerk: Anthony Bowser   Court Reporter: Lydia Zinn   USPO: Cheryl Simone

PROCEEDINGS

1) Judgment & Sentencing

2) _____

3) _____

ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of Presentence Report; Court adopts findings of fact and guideline calculations; Defendant sentenced as follows:

   Custody of 36 months BOP; TSR of 1 year with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; S/A of $100, to be paid within 30 days; Court recommends placement of defendant in facility located near family residence;

Defendant remanded into immediate custody pursuant to motion by government.

